UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER BURR,<br><br>        Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br><br>        Defendant. | Case No. 4:20-cv-06317-KAW<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 28 |

On August 10, 2021, the Court granted Plaintiff's third administrative motion for an extension of time to file her motion for summary judgment. (Dkt. No. 28.)  The Court extended the deadline to November 1, 2021 and advised Plaintiff that there would be no further extensions. *Id.* at 1.  The Court referred Plaintiff to the Federal Pro Bono Project's Help Desk to assist her in preparing the motion and cautioned her "that the failure to file her motion by December 1, 2021 may result in the dismissal of her case for failure to prosecute." *Id.*[1]  To date, Plaintiff has not filed her motion for summary judgment nor any other documents in this matter.

Accordingly, by **December 20, 2021**, Plaintiff shall separately (1) respond to this order to show cause to explain why her motion was not timely filed and why this case should not be dismissed for failure to prosecute, and (2) file the motion for summary judgment.  The failure to file both documents by the deadline will result in the case being dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated: December 6, 2021

_____
KANDIS A. WESTMORE
United States Magistrate Judge

---

[1] The December 1, 2021 date was in error, but the Court held off on issuing this order to show cause until that date had passed.